THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL CLIFTON, Appellant

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.